**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

ERIKA DUPREY,

                         Plaintiff,                 25 **CIVIL** 7620 (BCM)

     -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 15, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings, including offering the plaintiff an opportunity for a new hearing, and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

     April 16, 2026

                                    **TAMMI M. HELLWIG**

                                       **Clerk of Court**

               **BY:**

                                       **Deputy Clerk**